Products; L.P.; Ortho–McNeil Pharmaceutical, Inc.; Amgen, Inc.; Immunex Corporation; Bristol–Myers Squibb Company; Baxter International Inc.; Baxter Healthcare Corporation; Immuno–U.S., Inc.; Aventis Pharmaceuticals, Inc.; Aventis Behring, L.L.C.; Hoechst Marion Roussel, Inc., Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Ben Venue Laboratories; Bedford Laboratories; Roxane Laboratories; Schering–Plough Corporation; Warrick Pharmaceuticals Corporation; Schering Sales Corporation; Dey, Inc., Appellees.

Donna A. Boswell, Esq., Ann M. Vickery, Esq., and Joseph A. Young, Esq., Intervenors.

Cross Appeal of Bristol–Myers Squibb Company (@ 21 MAP 2015).

Supreme Court of Pennsylvania.

Dec. 21, 2015.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.

Justice STEVENS did not participate in the decision of this case.

COMMONWEALTH of Pennsylvania, Appellant

v.

TAP PHARMACEUTICAL PRODUCTS, INC.; Abbott Laboratories; Astrazeneca PLC; Astrazeneca, Holdings, Inc.; Astrazeneca Pharmaceuticals LP; Astrazeneca LP; Bayer AG; Bayer Corporation; SmithKline Beecham Corporation d/b/a GlaxoSmithKline; Pfizer, Inc.; Pharmacia Corporation; Johnson & Johnson; Alza Corporation; Centrocor, Inc.; Ethicon, Inc.; Janssen Pharmaceutical Products, L.P.; McNeil–PPC, Inc.; Ortho Biotech, Inc.; Ortho Biotech Products; L.P.; Ortho–McNeil Pharmaceutical, Inc.; Amgen, Inc.; Immunex Corporation; Bristol–Myers Squibb Company; Baxter International Inc.; Baxter Healthcare Corporation; Immuno–U.S., Inc.; Aventis Pharmaceuticals, Inc.; Aventis Behring, L.L.C.; Hoechst Marion Roussel, Inc., Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Ben Venue Laboratories; Bedford Laboratories; Roxane Laboratories; Schering–Plough Corporation; Warrick Pharmaceuticals Corporation; Schering Sales Corporation; Dey, Inc., Appellees.

Donna A. Boswell, Esq., Ann M. Vickery, Esq., and Joseph A. Young, Esq., Intervenors.

Cross Appeal of Johnson & Johnson, Alza Corporation, Centocor, Inc., Ethicon, Inc., Janssen Pharmaceutical Products, L.P., McNeil–PPC, Inc., Ortho Biotech, Inc., Ortho Biotech Products, L.P., and Ortho–McNeil Pharmaceutical, Inc. (Collectively, the "Johnson & Johnson Defendants") (@ 20 MAP 2015).

Supreme Court of Pennsylvania.

Dec. 21, 2015.

**ORDER**

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.

Justice STEVENS did not participate in the decision of this case.